## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| LUPIN INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No. _____

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee Received Notice:       No earlier than August 6, 2024

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 8,101,659 | 1/15/2025 (7/15/2025 with pediatric exclusivity) |
| 11,096,918 | 11/08/2026 |

Thirty Month Stay Deadline:       No earlier than February 6, 2027

ME1 50030493v.1

| | |
|---|---|
| Dated: September 18, 2024 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Daniel M. Silver (#4758) |
| OF COUNSEL: | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| Nicholas N. Kallas | 405 N. King Street, 8th Floor |
| Christina Schwarz | Wilmington, Delaware 19801 |
| Christopher E. Loh | (302) 984-6300 |
| Susanne L. Flanders | *dsilver@mccarter.com* |
| Jared L. Stringham | *ajoyce@mccarter.com* |
| Shannon K. Clark | |
| Laura K. Fishwick | *Attorneys for Plaintiff Novartis* |
| Gregory J. Manas | *Pharmaceuticals Corporation* |
| VENABLE LLP | |
| 1290 Avenue of the Americas | |
| New York, New York 10104 | |
| (212) 218-2100 | |
| *nkallas@venable.com* | |
| *cschwarz@venable.com* | |
| *cloh@venable.com* | |
| *slflanders@venable.com* | |
| *jlstringham@venable.com* | |
| *skclark@venable.com* | |
| *lfishwick@venable.com* | |
| *gjmanas@venable.com* | |

ME1 50030493v.1